# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2875
_____

ERIC BROOKS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Robert R. Wheeler, Judge.

October 29, 2019


PER CURIAM.

AFFIRMED.

WOLF, ROBERTS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and A. Victoria Wiggins, Assistant Public Defender, Tallahassee, for Appellant; Eric Brooks, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.